CASE 0:17-cr-00107-DWF-TNL Document 77 Filed 06/01/17 Page 1 of 1
Case 3:17-mj-00414-BF Document 12 Filed 05/25/17 Page 1 of 1 PageID 57
Case 3:17-mj-00414-BF Document 22 Filed 06/01/17 Page 42 of 50 PageID 179

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAY 25 2017

CLERK, U.S. DISTRICT COURT
By _____
Deputy

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

UNITED STATES OF AMERICA §
§
v. § Case No. 3:17-mj-00414-BF *SEALED*
§
WARALEE WANLESS (2) §

Rule 5 Documents

CR17-107(20)DWF/TNL

## ORDER OF TEMPORARY COMMITMENT

On this date the above named Defendant appeared before the undersigned magistrate judge after having been arrested in the above numbered action for an offense against the laws of the United States, and

[✓] The government having moved the magistrate judge to hold a hearing to determine whether any condition or combination of conditions will reasonably assure the Defendant's appearances and the safety of any other person and the community (18 U.S.C. §3142(f), as amended P.L. 98-473, 98 Stat. 1837), and

[✓] The government's attorney having moved for a continuance of such hearing

[ ] It appearing that the Defendant may not be capable of posting of a monetary bond as a condition to assure his appearance and the safety of any other person and the community (§3142(c), supra), and that a hearing on whether the Defendant should be released on bond or should be detained pending disposition of the criminal charges should be deferred from today's date, and

[✓] Defendant having moved for a continuance so that he can have an attorney present at the hearing,

IT IS, THEREFORE, ORDERED that the Detention Hearing is to be held on __Wednesday, 5/31/17__ at __2:00 pm__ before the undersigned magistrate judge, unless extended for good cause. *

IT IS FURTHER ORDERED that the Defendant is committed to the custody of the United States Marshal for confinement in a corrections facility separate, to the extent practicable from persons awaiting or serving sentences or being held in custody pending appeal, pending the above scheduled detention hearing.

A copy of this order shall be transmitted to counsel for the parties.

ENTERED this May 25, 2017

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE

*A continuance on behalf of the government will be granted without a hearing only upon the written consent of the Defendant or his attorney. A continuance on behalf of the Defendant will be granted without a hearing upon the written request of the Defendant or his attorney. Continuances shall not exceed five work days from the original setting for the Detention Hearing.

SCANNED
JUN 02 2017
U.S. DISTRICT COURT ST. PAUL

CASE 0:17-cr-00107-DWF-TNL   Document 77   Filed 06/01/17   Page 2 of 14
Case 3:17-mj-00414-BF   Document 1   Filed 05/25/17   Page 1 of 3   PageID 1
Case 3:17-mj-00414-BF   Document 22   Filed 06/01/17   Page 4 of 50   PageID 141

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

FILED
MAY 25 2017
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| UNITED STATES OF AMERICA | NO. 3:17-MJ-414-BF |
|---|---|
| v. | |
| PAWINEE UNPRADIT (1)<br>WARALEE WANLESS (2) | |

## MOTION FOR DETENTION

The United States moves for pretrial detention of the defendants, pursuant to 18 U.S.C. §3142(e) and 3148 (b).

1. <u>Eligibility of Case.</u>  This case is eligible for a detention order because the case involves (check all that apply):

    __X__ Crime of violence (18 U.S.C. § 3156);

    _____ Maximum sentence life imprisonment or death

    _____ 10 + year drug offense

    _____ Felony, with two prior convictions in above categories

    __X__ Serious risk defendant will flee

    __X__ Serious risk obstruction of justice

    _____ Felony involving a minor victim

    _____ Felony involving a firearm, destructive device, or any other dangerous weapon

    _____ Felony involving a failure to register (18 U.S.C. § 2250)

Motion for Detention - Page 1

4

CASE 0:17-cr-00107-DWF-TNL   Document 77   Filed 06/01/17   Page 3 of 14
Case 3:17-mj-00414-BF   Document 1   Filed 05/25/17   Page 2 of 3   PageID 2
Case 3:17-mj-00414-BF   Document 22   Filed 06/01/17   Page 5 of 50   PageID 142

2. <u>Reason for Detention.</u> The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

   __X__ Defendant's appearance as required

   __X__ Safety of any other person and the community

3. <u>Rebuttable Presumption.</u> The United States will invoke the rebuttable presumption against defendant because (check one or both):

   __X__ Probable cause to believe defendant committed an offense under chapter 77 of this title (Peonage, slavery, and trafficking in persons) for which the maximum term of imprisonment of 20 years or more is prescribed. 18 U.S.C. §3142(e)(3)(D).

   _____ Probable cause to believe defendant committed a Federal, State, or Local offense while on release. 18 U.S.C. §3148(b).

   _____ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. §924(c)

   _____ Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. §2332b(g)(5)

   _____ Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§1201, 2251

   _____ Previous conviction for "eligible" offense committed while on pretrial bond

4. <u>Time For Detention Hearing.</u> The United States requests the Court conduct the

**Motion for Detention - Page 2**

CASE 0:17-cr-00107-DWF-TNL   Document 77   Filed 06/01/17   Page 4 of 14
Case 3:17-mj-00414-BF   Document 1   Filed 05/25/17   Page 3 of 3   PageID 3
Case 3:17-mj-00414-BF   Document 22   Filed 06/01/17   Page 6 of 50   PageID 143

detention hearing,

\_\_\_\_\_ At first appearance

\_\_\_\_\_ After continuance of __3__ days (not more than 3).

DATED this __25__ day of __May__, 2017.

                                                                        Respectfully submitted,

                                                                        JOHN R. PARKER
                                                                        UNITED STATES ATTORNEY

                                                                        Christopher Stokes
                                                                        Assistant United States Attorney
                                                                        Bar No. 19267600
                                                                        1100 Commerce Street, Third Floor
                                                                        Dallas, Texas 75242-1699
                                                                        Telephone: 214-659-8676
                                                                        Facsimile: 214-659-8812
                                                                        Email: Christopher.Stokes@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on counsel for the defendant in accordance with the Federal Rules of Criminal Procedure on this __25th__ day of __May__, 2017.

                                                                        Assistant United States Attorney

CASE 0:17-cr-00107-DWF-TNL   Document 77   Filed 06/01/17   Page 5 of 14
Case 3:17-mj-00414-BF   Document 7   Filed 05/25/17   Page 1 of 32   PageID 41
Case 3:17-mj-00414-BF   Document 22   Filed 06/01/17   Page 7 of 50   PageID 144

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| JUDGE: PAUL D. STICKNEY | |
| DEPUTY CLERK: ~~L. Price~~ L. Munoz | COURT REPORTER/TAPE NO: FTR |
| LAW CLERK: | USPO/PTSO: |
| INTERPRETER: Tina Tran | COURT TIME: 2 min. |
| A.M.           P.M. 2:00 pm | DATE: May 25, 2017 |

☐ MAG. NO.      ☐ DIST. CR. NO. 3:17-mj-00414-BF *SEALED*      USDJ Magistrate Judge Paul D Stickney

UNITED STATES OF AMERICA                           Chris Stokes_____, AUSA

v.                                                 _____ ☐

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 25 2017
CLERK, U.S. DISTRICT COURT
By _____ Deputy

                                                   Howard Blackmon_____ ☐
WARALEE WANLESS (2)                                COUNSEL FOR DEFENDANTS APPT – (A), Retd – (R), FPD – (F)

☒ INITIAL APPEARANCE  ☐ IDENTITY  ☐ BOND HEARING  ☐ PRELIMINARY HEARING
☐ DETENTION HEARING  ☐ COUNSEL DETERMINATION HEARING  ☐ REMOVAL HEARING  ☐ EXTRADITION HEARING
☐ HEARING CONTINUED ON _____ CASE NO. _____ ☐ OTHER DISTRICT  ☐ DIVISION
☒ DATE OF FEDERAL ARREST/CUSTODY: 05/24/2017  ☐ SURRENDER_____
☒ RULE 5/32  ☐ APPEARED ON WRIT
☒ DEFT FIRST APPEARANCE. DEFT ADVISED OF RIGHTS/CHARGES  ☐ PROBATION/SUPERVISED RELEASE VIOLATOR
☐ DEFT FIRST APPEARANCE WITH COUNSEL.
☐ DEFT  ☐ MW (MATERIAL WITNESS) _____ APPEARED  ☐ WITH  ☐ WITHOUT COUNSEL
☐ REQUESTS APPOINTED COUNSEL.
☐ FINANCIAL AFFIDAVIT EXECUTED.
☐ ORDER APPOINTING FEDERAL PUBLIC DEFENDER.
☐ PRIVATE COUNSEL APPOINTED _____
☒ DEFT HAS RETAINED COUNSEL Howard Blackmon and Thomas D
☐ ARRAIGNMENT SET  ☒ DETENTION HEARING SET   Wed. 5/31/17 at 2:00 pm before Judge Stickney
☐ PRELIMINARY HEARING SET _____  ☐ BOND HEARING SET _____
☐ COUNSEL DETERMINATION HEARING SET _____
☐ IDENTITY/REMOVAL HEARING SET _____
☐ BOND  ☐ SET  ☐ REDUCED TO $ _____  ☐ CASH  ☐ SURETY  ☐ 10%  ☐ PR  ☐ UNS  ☐ 3RD PTY  ☐ MW
☐ NO BOND SET AT THIS TIME, ___ DAY DETENTION ORDER TO BE ENTERED.
☒ ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING ENTERED.
☐ ORDER OF DETENTION PENDING TRIAL ENTERED.
☐ DEFT ADVISED OF CONDITIONS OF RELEASE.
☐ BOND EXECUTED  ☐ DEFT  ☐ MW RELEASED  ☐ STATE AUTHORITIES  ☐ INS
☐ DEFT  ☐ MW REMANDED TO CUSTODY.
☐ DEFT ORDERED REMOVED TO ORIGINATING DISTRICT.
☒ WAIVER OF  ☒ PRELIMINARY HEARING  ☐ RULE 5/32 HEARING  ☐ DETENTION HEARING
☐ COURT FINDS PROBABLE CAUSE  ☒ ID  ☐ PC.
☐ DEFT FAILED TO APPEAR. ORAL ORDER FOR ISSUANCE OF BENCH WARRANT.
☐ GOVERNMENT TO NOTIFY FOREIGN CONSULAR.
☐ REMARKS:_____

CASE 0:17-cr-00107-DWF-TNL   Document 77   Filed 06/01/17   Page 6 of 14
Case 3:17-mj-00414-BF   Document 19   Filed 05/31/17   Page 1 of 1   PageID 133
Case 3:17-mj-00414-BF   Document 22   Filed 06/01/17   Page 46 of 50   PageID 183

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| JUDGE: PAUL D. STICKNEY | |
|---|---|
| DEPUTY CLERK: L. Price | COURT REPORTER/TAPE NO: FTR |
| LAW CLERK: | USPO/PTSO: |
| INTERPRETER: Tina Tran | COURT TIME: 8:44 - 3:00 |
| A.M. | P.M. | DATE: May 31, 2017 |

☐ MAG. NO.        ☐ DIST. CR. NO. 3:17-mj-00414-BF *SEALED*        USDJ Magistrate Judge Paul D Stickney

UNITED STATES OF AMERICA         §    Chris Stokes, AUSA
                                 §
v.                               §    _____ ☐
                                 §
                                 §    Bill Stovall ☐
WARALEE WANLESS (2)              §    COUNSEL FOR DEFENDANTS APPT – (A), Retd – (R), FPD – (F)

☐ INITIAL APPEARANCE  ☐ IDENTITY  ☐ BOND HEARING  ☐ PRELIMINARY HEARING
☑ DETENTION HEARING  ☐ COUNSEL DETERMINATION HEARING  ☐ REMOVAL HEARING  ☐ EXTRADITION HEARING
☐ HEARING CONTINUED ON _____ CASE NO. _____  ☐ OTHER DISTRICT  ☐ DIVISION
☐ DATE OF FEDERAL ARREST/CUSTODY: 05/24/2017  ☐ SURRENDER _____
☐ RULE 5/32  ☐ APPEARED ON WRIT
☐ DEFT FIRST APPEARANCE. DEFT ADVISED OF RIGHTS/CHARGES  ☐ PROBATION/SUPERVISED RELEASE VIOLATOR
☐ DEFT FIRST APPEARANCE WITH COUNSEL.
☐ DEFT  ☐ MW (MATERIAL WITNESS) _____ APPEARED  ☐ WITH  ☐ WITHOUT COUNSEL
☐ REQUESTS APPOINTED COUNSEL.
☐ FINANCIAL AFFIDAVIT EXECUTED.
☐ ORDER APPOINTING FEDERAL PUBLIC DEFENDER.
☐ PRIVATE COUNSEL APPOINTED _____
☐ DEFT HAS RETAINED COUNSEL _____
☐ ARRAIGNMENT SET  ☐ DETENTION HEARING SET _____

☐ PRELIMINARY HEARING SET _____     ☐ BOND HEARING SET _____
☐ COUNSEL DETERMINATION HEARING SET _____
☐ IDENTITY/REMOVAL HEARING SET _____
☐ BOND  ☐ SET  ☐ REDUCED TO $ _____  ☐ CASH  ☐ SURETY  ☐ 10%  ☐ PR  ☐ UNS  ☐ 3RD PTY  ☐ MW
☐ NO BOND SET AT THIS TIME, ___ DAY DETENTION ORDER TO BE ENTERED.
☐ ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING ENTERED.
☑ ORDER OF DETENTION PENDING TRIAL ENTERED.
☐ DEFT ADVISED OF CONDITIONS OF RELEASE.
☐ BOND EXECUTED  ☐ DEFT  ☐ MW RELEASED  ☐ STATE AUTHORITIES  ☐ INS
☑ DEFT  ☐ MW REMANDED TO CUSTODY.
☑ DEFT ORDERED REMOVED TO ORIGINATING DISTRICT.
☐ WAIVER OF  ☐ PRELIMINARY HEARING  ☐ RULE 5/32 HEARING  ☐ DETENTION HEARING
☐ COURT FINDS PROBABLE CAUSE  ☐ ID  ☐ PC.
☐ DEFT FAILED TO APPEAR. ORAL ORDER FOR ISSUANCE OF BENCH WARRANT.
☐ GOVERNMENT TO NOTIFY FOREIGN CONSULAR.
☑ REMARKS: Defendant speaks & understands English; ask to stop interpreter translation. Only if she doesn't understand.

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 31 2017
CLERK, U.S. DISTRICT COURT
By _____ Deputy

46

CASE 0:17-cr-00107-DWF-TNL   Document 77   Filed 06/01/17   Page 7 of 14
Case 3:17-mj-00414-BF   Document 11   Filed 05/25/17   Page 1 of 1   PageID 76
Case 3:17-mj-00414-BF   Document 22   Filed 06/01/17   Page 41 of 50   PageID 178

AO 466A (Rev. 02/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | Case No. 3:17-mj-00414-BF *SEALED* |
| v. | § § | |
| WARALEE WANLESS (2) | § | Charging District's Case No. 17-CR-107 (DWF/TNL) |

### WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the (name of other court) U.S. Dist. Court for District of Minnesota.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑ an identity hearing and production of the warrant.

☑ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

[FILED STAMP: U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS, FILED MAY 25 2017, CLERK, U.S. DISTRICT COURT By ___]

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: _____ day of May, 2017

_____
Defendant's Signature

_____
Signature of defendant's attorney

Howard Blackmon
Printed name of defendant's attorney

41

CASE 0:17-cr-00107-DWF-TNL   Document 77   Filed 06/01/17   Page 8 of 14
Case 3:17-mj-00414-BF   Document 20   Filed 05/31/17   Page 1 of 2   PageID 134
Case 3:17-mj-00414-BF   Document 22   Filed 06/01/17   Page 47 of 50   PageID 184

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| v. | § | No. 3:17-MJ-414-BF |
| WARALEE WANLESS. | § | |

### DETENTION ORDER

On May 31, 2017, the above-named Defendant, represented by counsel, appeared before the United States Magistrate Judge for a detention hearing. The Defendant presented evidence, as did the Government, and the Court having reviewed the evidence, binds the case over for further proceedings and GRANTS the Government's Motion for Detention [ECF No. 1]. The Court finds that Ms. Wanless would be a danger to the safety of the community if released from custody during the pendency of this action. In consideration of the alleged offense, a crime of violence, the Court finds she has not rebutted the presumption that she is a danger to the safety of the community. Due to the nature and extent of this criminal activity, this Court concludes that there is no condition or combination of conditions of release which could be set which would reasonably assure Ms. Wanless's appearance at future court hearings and protect the safety of the community.

It is ORDERED that Defendant be, and she is hereby, committed to the custody of the Attorney General and United States Marshal's for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal, and that Defendant, while being so held, be afforded reasonable opportunity for private consultation with her counsel.

It is further ORDERED that, on an order of a court of the United States or at the request of the attorney for the Government, the person in charge of the corrections facility in which Defendant

CASE 0:17-cr-00107-DWF-TNL   Document 77   Filed 06/01/17   Page 9 of 14
Case 3:17-mj-00414-BF   Document 20   Filed 05/31/17   Page 2 of 2   PageID 135
Case 3:17-mj-00414-BF   Document 22   Filed 06/01/17   Page 48 of 50   PageID 185

is confined shall deliver Defendant to a United States Marshal for the purpose of an appearance in connection with court proceedings in the Northern District of Texas.

SO ORDERED, this 31 day of May, 2017.

PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE

CASE 0:17-cr-00107-DWF-TNL Document 77 Filed 06/01/17 Page 10 of 14
Case 3:17-mj-00414-BF Document 21 Filed 05/31/17 Page 1 of 2 PageID 136
Case 3:17-mj-00414-BF Document 22 Filed 06/01/17 Page 49 of 50 PageID 186

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Case No. 3:17-mj-00414-BF *SEALED* |
| | § | Other Dist. Docket No.: |
| | § | (DWF/TNL) |
| v. | § | Charge Pending: |
| | § | District of Minnesota |
| WARALEE WANLESS (2) | § | |

FILED MAY 31 2017 CLERK, U.S. DISTRICT COURT By_____ Deputy

REPORT OF PROCEEDINGS UNDER RULES 5(c)(3) and 5.1
AND ORDER ENTERED THEREON

The defendant is charged in the above-referenced district with the offense of Conspiracy to commit sex trafficking. Having been arrested in this district on a warrant issued on that/those charge(s), he/she appeared before me for proceedings as follows:

**Rule 5(c)(3)    Transfer**

☑ The government has produced a copy of the warrant, and

☐ The Court finds that the person before the Court is the defendant named in the indictment, information or warrant because:

  ☐ The defendant waived identity hearing.

  ☐ An identity hearing was conducted, and the defendant's identity was established.

☐ The Court finds, based on the evidence presented during an identity hearing, that the person before the Court is **NOT** the defendant named in the indictment, information or warrant.

**Rule 5.1:    Preliminary Hearing**

☑ No preliminary hearing is necessary because the defendant is charged by indictment.

☐ The defendant waived a preliminary hearing.

☐ The defendant elected to have a preliminary hearing in the district where the prosecution is pending.

☐ The defendant elected to have a preliminary hearing in this district, and based on the evidence presented during the hearing, the Court finds that:

  ☐ There is probable cause to believe that the defendant committed the offense(s) charged.

  ☐ There is NOT probable cause to believe that the defendant committed the offense(s) charged.

**Rule 5(d)(3)    Detention Hearing**

☐ No detention hearing is necessary because the government did not move to detain the defendant.

CASE 0:17-cr-00107-DWF-TNL   Document 77   Filed 06/01/17   Page 11 of 14
Case 3:17-mj-00414-BF   Document 21   Filed 05/31/17   Page 2 of 2   PageID 137
Case 3:17-mj-00414-BF   Document 22   Filed 06/01/17   Page 50 of 50   PageID 187

☐ The defendant waived a detention hearing.

☐ The defendant elected to have a detention hearing in the district where the prosecution is pending.

☑ The defendant elected to have a detention hearing in this district, and based on the evidence presented during the hearing, the Court finds that:

  ☑ The defendant should be detained.

  ☐ The defendant should be released on bond.

---

### ORDER ENTERED ON THE FOREGOING REPORT

TO: UNITED STATES MARSHAL

☑ You are commanded to transfer the above-named defendant forthwith to the district in which he/she is charged and there deliver him/her to the United States Marshal for that district or to some other officer authorized to receive him/her.

☐ It is ORDERED that this defendant be released from custody on bond pending further proceedings.

☐ It is ORDERED that this defendant be discharged.

DATE: 31 day of May, 2017

(Use Other Side for Return)

United States Magistrate Judge

50

INTERPRETER

## U.S. District Court
## Northern District of Texas (Dallas)
## CRIMINAL DOCKET FOR CASE #: <u>3:17-mj-00414-BF</u>-2

Case title: USA v. Unpradit et al  
Other court case number: 17-CR-107 (DWF/TNL) U.S. Dist. Court for District of Minnesota

Date Filed: 05/24/2017

Assigned to: Magistrate Judge Paul D Stickney

**Defendant (2)**

**Waralee Wanless**  represented by  **Howard Benjamin Blackmon , Jr**  
Law Office of Howard Blackmon  
4144 North Central Expwy, Suite 250  
Dallas, TX 75204  
214/821-1919  
Email: hblackmonlaw@gmail.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Retained*  
*Bar Status: Admitted/In Good Standing*

**Thomas A D'Amore**  
Law Office of Thomas A D'Amore  
4144 N Central Expressway, Suite 250  
Dallas, TX 75204  
214/821-1919  
Fax: 214/821-2890  
Email: damorelaw@yahoo.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Retained*  
*Bar Status: Admitted/In Good Standing*

**Bill Stovall**  
Law Offices of Bill J Stovall  
15455 Dallas Parkway  
Suite 540  
Dallas, TX 75206  
214/887-0911  
Fax: 214-922-9900  
Email: stovall@texasdefense.us  
*ATTORNEY TO BE NOTICED*  
*Designation: Retained*  
*Bar Status: Admitted/In Good Standing*

1

**Pending Counts**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Highest Offense Level (Terminated)**

None

**Complaints**

Out of district arrest out of the District of Minnesota, charging the defendant with conspiracy to commit sex trafficking.

**Disposition**

**Disposition**

**Disposition**

---

**Plaintiff**

**USA**    represented by    **Christopher Stokes–DOJ**
US Attorney's Office
1100 Commerce St
3rd Floor
Dallas, TX 75242-1699
214-659-8676
Fax: 214-767-4104
Email: christopher.stokes@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*
*Bar Status: Admitted/In Good Standing*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 05/24/2017 | | | Arrest (Rule 5) of Pawinee Unpradit, Waralee Wanless. Case Number 17–CR–107(DWF/TNL) from U.S. District Court for District of Minnesota. (mcrd) (Entered: 05/24/2017) |
| 05/25/2017 | 1 | 4 | MOTION for Pretrial Detention filed by USA as to Pawinee Unpradit, Waralee Wanless. (mcrd) (Entered: 05/25/2017) |
| 05/25/2017 | 7 | 7 | Minute Entry for proceedings held before Magistrate Judge Paul D Stickney: Initial Appearance as to Waralee Wanless held on 5/25/2017. Date of Arrest: |

2

| | | | |
|---|---|---|---|
| | | | 5/24/2017. Defendant remanded to custody. Location interval set to: LC. Attorney Appearances: AUSA – Chris Stokes; Defense – Howard Blackmon and Thomas D'Amore. (Court Reporter: Digital File) (No exhibits) Time in Court – :02. (Interpreter Tina Tran.) (mcrd) (Entered: 05/25/2017) |
| 05/25/2017 | 8 | | (Document Restricted) CJA 23 Financial Affidavit by Waralee Wanless. (mcrd) (Entered: 05/25/2017) |
| 05/25/2017 | 9 | 39 | NOTICE OF ATTORNEY APPEARANCE: Howard Blackmon appearing for Waralee Wanless. (mcrd) (Entered: 05/25/2017) |
| 05/25/2017 | 10 | 40 | NOTICE OF ATTORNEY APPEARANCE: Thomas A. D'Amore appearing for Waralee Wanless. (mcrd) (Entered: 05/25/2017) |
| 05/25/2017 | 11 | 41 | WAIVER of Rule 5 Hearings – Identity and Preliminary only – by Waralee Wanless. (mcrd) (Entered: 05/25/2017) |
| 05/25/2017 | 12 | 42 | ORDER OF TEMPORARY DETENTION as to Waralee Wanless. Detention Hearing set for 5/31/2017 02:00 PM before Magistrate Judge Paul D Stickney. (Ordered by Magistrate Judge Paul D Stickney on 5/25/2017) (mcrd) (Entered: 05/25/2017) |
| 05/30/2017 | 18 | 43 | MOTION to Substitute Attorney, added attorney Bill Stovall,Bill Stovall for Waralee Wanless,Bill Stovall for Waralee Wanless. Motion filed by Waralee Wanless as to Waralee Wanless Attorney Bill Stovall added to party Waralee Wanless(pty:dft) (Stovall, Bill) (Entered: 05/30/2017) |
| 05/31/2017 | 19 | 46 | Minute Entry for proceedings held before Magistrate Judge Paul D Stickney: Detention Hearing as to Waralee Wanless held on 5/31/2017 Location interval set to: LO. Defendant ordered detained and removed to originating district. Attorney Appearances: AUSA – Chris Stokes; Defense – Bill Stovall. (Court Reporter: Digital File) (No exhibits) Time in Court – :36. (Interpreter Tina Tran.) (mcrd) (Entered: 06/01/2017) |
| 05/31/2017 | 20 | 47 | ORDER OF DETENTION as to Waralee Wanless. (see order) (Ordered by Magistrate Judge Paul D Stickney on 5/31/2017) (mcrd) (Entered: 06/01/2017) |
| 05/31/2017 | 21 | 49 | Report of Proceedings under Rule 32.1 and Order Entered Thereon as to Waralee Wanless. Defendant is removed forthwith to the district in which he is charged. Paperwork sent to U.S. District Court for District of Minnesota. (Ordered by Magistrate Judge Paul D Stickney on 5/31/2017) (mcrd) (Entered: 06/01/2017) |