# United States District Court
## STATE AND DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA | GOVERNMENT'S EXHIBIT LIST |
|---|---|
| v. | |
| WARALEE WANLESS | Criminal No. 17-cr-107-20 |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| The Honorable Donovan W. Frank | Laura M. Provinzino, AUSA | Bruce Rivers, Esq. |
| TRIAL DATE(S) – Motion to Reconsider Detention<br>September 28, 2017 | COURT REPORTER<br>Renee Rogge | COURTROOM DEPUTY<br>Brenda Schaffer |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1 | | | | 9/28/17 | Addison Police Department Case Report: 13-0394-E (Bates 00106546-00106560) |
| 2 | | | | 9/28/17 | Department of Homeland Security Report of Investigation DA15HR16MS0006-014 (Bates 00125973-00125975) |
| 3 | | | | 9/28/17 | Department of Homeland Security Report of Investigation DA15HR16MS0006-010 (Bates 00126125-00126126) |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |