UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---------------------------------  Case No.: 17-cr-107(20) (DWF/TNL)

UNITED STATES OF AMERICA,

    PLAINTIFF,

 vs.           **DEFENDANT'S EXHIBIT LIST**

WARALEE WANLESS,

    DEFENDANT.

---------------------------------

1. Detention Hearing Notes,

2. UBER Payment Summary,

3. Lyft Payment Summary.

            Respectfully submitted,

            RIVERS LAW FIRM, P.A..

Dated: *September 28, 2017*   By: *s/ Bruce Rivers*
            Bruce Rivers
            Attorney I.D. No. 282698
            Attorneys for Defendant
            701 Fourth Avenue South, Suite 300
            Minneapolis, Minnesota 55415
            Telephone: (612) 339-3939