# RIVERS LAW FIRM, P.A.
701 BUILDING SUITE 300
701 FOURTH AVENUE SOUTH
MINNEAPOLIS, MN 55415

ATTORNEY:
BRUCE RIVERS
EMAIL: BRUCE@RIVERSLAWYERS.COM
PARALEGAL:
KELLY WILSON
EMAIL: KWILSON@RIVERSLAWYERS.COM

LAW OFFICES
TELEPHONE 612.339.3939
FACSIMILE 612.332.4003
WWW.RIVERSLAWYERS.COM

November 15, 2017

The Honorable Tony N. Leung
United States District Court
342 Warren E. Burger Federal Courthouse
316 N. Robert St.
St. Paul, MN 55101

Re: *United States of America vs. Waralee Wanless*
Docket No.: 17-CR-107 (DWF/TNL)

Dear Judge Leung:

This letter is to inform the Court that Ms. Wanless will not be filing any pre-trial motions at this time. The parties are currently negotiating a possible plea in this case. In the event that this matter does not resolve with a plea agreement, the government informed counsel that they would not object to the filing of any pre-trial motions on a later date.

Sincerely,

Bruce Rivers

BMR:jls