UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Crim. No. 17-cr-107(20)(DWF/TNL)

------------------------------

UNITED STATES OF AMERICA,

        PLAINTIFF,

VS.

WARALEE WANLESS,

        DEFENDANT.

**DEFENDANT'S MOTION FOR DISCLOSURE OF RULE 404 EVIDENCE**

------------------------------

Defendant through his undersigned counsel, moves this Honorable Court for an Order directing the government to immediately disclose any "bad act" or "similar course of conduct" evidence it intends to offer at trial pursuant to Rule 404 of the Federal Rules of Evidence, and further directing the government to identify the witnesses through whom such evidence will be presented at trial.

This motion is based upon all files and records in the case upon other and further points and authorities as may subsequently presented to this court.

Respectfully submitted,

RIVERS LAW FIRM, P.A..

Dated: *January 26, 2018*

By: /s/ Bruce R.
Bruce Rivers (#282698)
Attorneys for Defendant
701 Fourth Avenue South, Suite 300
Minneapolis, Minnesota  55415
Telephone:  (612) 339-3939