UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Crim. No. 17-CR–107(20) (DWF/TNL)

------------------------------

UNITED STATES OF AMERICA,

        PLAINTIFF,          **DEFENDANT'S**
                                            **MOTION FOR PARTICIPATION**
VS.                                               **IN VOIR DIRE**

WARALEE WANLESS,

        DEFENDANT.

------------------------------

Defendant through his undersigned counsel, moves this Honorable Court for an Order permitting Defendant's counsel to question the jury panel during voir dire.

This motion is made pursuant to Fed. R. Crim. P. 24(a), on all the files and records in this case and upon other and further points and authorities as may be subsequently presented to this Court.

                                                  Respectfully submitted,

                                                  RIVERS LAW FIRM, P.A.

Dated: *January 26, 2018*                      By: /s/ Bruce R.
                                                  Bruce Rivers (#282698)
                                                  Attorneys for Defendant
                                                  701 Fourth Avenue South, Suite 300
                                                  Minneapolis, Minnesota 55415
                                                  Telephone: (612) 339-3939