UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br>vs.<br><br>WARALEE WANLESS,<br><br>DEFENDANT. | Case No.: 17-cr-107(20) (DWF/TNL |

## MOTION FOR DISCLOSURE OF THE IDENTITY OF ALL PARTICIPANT-WITNESSES

COMES NOW the defendant, Waralee Wanless, by and through her counsel, and respectfully moves this Court to require the Government to provide the Defendant's counsel with the identity of all participant informants who are involved in this case. The Defendant respectfully submits that the identity of any such participant-informants would be relevant to the defense of this case and essential to fair determination of this cause, since any such participants would likely be material witnesses who may have played a material role in the offenses as alleged in this indictment, and consequently would have relevant information pertaining to the elements of the offenses for which the Defendant is charge in this case.

Respectfully submitted,

RIVERS LAW FIRM, P.A..

Dated: 1/26/2018

By: Bruce R
Bruce Rivers
Attorney I.D. No. 282698
Attorneys for Defendant
701 Fourth Avenue South, Suite 300
Minneapolis, Minnesota 55415
Telephone: (612) 339-3939