UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>PLAINTIFF, )<br>vs. )<br>)<br>WARALEE WANLESS, )<br>)<br>DEFENDANT. ) | Case No.: 17-cr-107(20) (DWF/TNL) |

## MOTION TO COMPEL GOVERNMENT TO PROVIDE DEFENDANT WITH EXHIBIT AND WITNESS LIST PRIOR TO TRIAL

COMES NOW the defendant, Waralee Wanless, by and through her counsel, and respectfully moves this Court pursuant for an Order requiring the government to provide the Defendant a Witness and Exhibit list at least 30 days prior to trial, and in support thereof would state as follows:

1. The district court has discretion to order the prosecution to produce a witness and exhibit list in advance of trial in the appropriate case.

2. To deny this Motion would deny the Defendant the opportunity to receive the effective representation of counsel to which he is entitled.

Respectfully submitted,

RIVERS LAW FIRM, P.A..

Dated: 1/26/2018

By: _____
Bruce Rivers
Attorney I.D. No. 282698
Attorneys for Defendant
701 Fourth Avenue South, Suite 300
Minneapolis, Minnesota 55415
Telephone: (612) 339-3939