# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# ARRAIGNMENT MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | BEFORE: Tony N. Leung |
| v. | U.S. Magistrate Judge |
| WARALEE WANLESS (20), | |
| Defendant. | |

| | |
|---|---|
| Case No: | 17-cr-107 (20) (DWF/TNL) |
| Date: | March 27, 2018 |
| Court Reporter: | Audio Recording |
| Courthouse: | St. Paul |
| Courtroom: | 3C |
| Time Commenced: | 2:03 p.m. |
| Time Concluded: | 2:07 p.m. |
| Sealed Hearing Time: | -- |
| Time in Court: | 4 Minutes |

## APPEARANCES:

Plaintiff: Melinda A. Williams, Assistant U.S. Attorney
Defendant: Bruce M. Rivers, ☐ FPD ☐ CJA ☒ Retained ☐ Appointed

Interpreter / Language: Nokon (Bee) Nimit / Thai

☒ Reading of Second Superseding Indictment Waived
☒ Not Guilty Plea Entered

Dates per Second Case Management Order (ECF No. 508):

Voir Dire/Jury Instruction Due Date: 4/20/18
Trial Date: May 4, 2018 at 9:00 a.m. before U.S. District Judge Frank, Courtroom 7C, St. Paul

Other Remarks:

☒ No additional order to be issued

*s/Holly McLelland*
Courtroom Deputy