## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States of America,            Criminal No. 17-107 (DWF/TNL)

       Plaintiff,

v.                                                  **ORDER**

Michael Morris, et al.,

       Defendant.

This matter is before the Court upon the Government's motion (Doc. No. [719]) to continue the trial date and exclude time from the Speedy Trial Act computations in this case. The Court ordered the parties to file a response to the motion (Doc. No. [728]). Defendant Gregory Allen Kimmy (6) filed an Objection (Doc. No. [727]) to the motion and responses were also filed by Defendant Michael Morris (1) (Doc. No. [731]), Panwad Khotpratoom (22) (Doc. No. [732]), Thoucharin Ruttanamongkongul (16) (Doc. No. [733]), and Pawinee Unpradit (4) (Doc. No. [745]). The Government than filed a response in support of the motion (Doc. No. [746]).

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by the granting of such continuance outweigh the best interest of the public and the Defendants in a speedy trial. This finding is based on the facts set forth in the accompanying motion.

**THEREFORE, IT IS ORDERED**, that:

1.	The Government's Motion to Continue the Trial Date in this matter and exclude time from the Speedy Trial Act computations in this case is **GRANTED** (Doc. No. [719]).

2.	The trial in this matter shall be held on Monday, November 5, 2018, at 9:00 a.m., in Courtroom 7C, 7th Floor, Warren E. Burger Federal Building and United States Courthouse, 316 North Robert Street, St. Paul, Minnesota.

3.	The pretrial is set for 1:30 p.m., on Friday October 26, 2018, before the Honorable Donovan W. Frank, in Courtroom 7C, 7th Floor, Warren E. Burger Federal Building and United States Courthouse, 316 North Robert Street, St. Paul, Minnesota.

4.	Counsel must adhere to the following schedule regarding the submission of trial documents:

    a.	All trial documents, including trial briefs, motions in limine, voir dire questions, witness lists, exhibit lists, and proposed Jury Instructions shall be submitted, pursuant to the Electronic Case Filing Procedures for the District of Minnesota/Criminal and according to the directives of the Honorable Donovan W. Frank, no later than 4:30 p.m., on October, 19, 2018;

    b.	By the same date, proposed exhibit and witness lists, Jury Instructions, and voir dire questions (in Word or WordPerfect format) shall be e-mailed to the chambers e-mail box (Frank_Chambers@mnd.uscourts.gov); and

    c. By the same date, counsel for the prosecution shall submit a copy of the indictment or information (in Word or WordPerfect format) to the chambers e-mail box.

  5. Two courtesy copies of all trial documents, and one courtesy copy of all trial exhibits, shall be contemporaneously provided to the Court.

  6. The period from the date of this order through the new trial date of November 5, 2018, shall be excluded from the Speedy Trial Act computations in this case.

Dated: April 6, 2018        <u>s/Donovan W. Frank</u>
                DONOVAN W. FRANK
                United States District Judge